UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
MISCELLANEOUS NUMBER 3:99MC32-MU

FILED
CHARLOTTE, N.

MAY 24 1999
U.S. DISTRICT COURT
W. DIST. OF N.C.

RE: ORDER DESIGNATING THE COUNTIES )
COMPRISING THE VARIOUS DIVISIONS )  ORDER
OF THE WESTERN DISTRICT OF )
NORTH CAROLINA. )

It appearing to the Court that the efficient administration of justice requires that the Divisions of this District should be re-arranged,

IT IS, THEREFORE ORDERED that beginning May 24, 1999, the Divisions shall consist of the following counties:

**ASHEVILLE DIVISION:** Avery, Buncombe, Haywood, Henderson, Madison, Mitchell, Transylvania, Yancey, Burke, Cleveland, McDowell, Polk and Rutherford.

**BRYSON CITY DIVISION:** Cherokee, Clay, Graham, Jackson, Macon and Swain.

**CHARLOTTE DIVISION:** Anson, Gaston, Mecklenburg and Union.

**STATESVILLE DIVISION:** Alexander, Alleghany, Ashe, Caldwell, Catawba, Iredell, Lincoln, Watauga and Wilkes.

This 24th day of May, 1999.

_____
Graham C. Mullen, Chief U.S. District Court Judge

_____
Richard L. Voorhees, U.S. District Court Judge

_____
Lacy H. Thornburg, U.S. District Court Judge